
# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

2002 Ford E350 Budget Truck
Bearing Oklahoma License Plate No.: 2AN608 VIN Number: 1FDWE35L12HB14265

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: **'07 MJ 8856**

I, **WILLIAM STEELE**, being duly sworn depose and say:

I am a(n) **Special Agent with U. S. Immigration & Customs Enforcement** and have reason to believe
   *Official Title*

that ☐ on the person of or ☑ on the property or premises known as (name, description and/or location)

**REFER TO ATTACHMENT A**

in the **SOUTHERN** District of **CALIFORNIA**

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**REFER TO ATTACHMENT B**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

counterfeit merchandise and documents evidencing sales and purchases

concerning a violation of Title **18** United States code, Section(s) **2320**
The facts to support a finding of probable cause are as follows:

**REFER TO ATTACHED AFFIDAVIT OF ICE SPECIAL AGENT WILLIAM STEELE.**

**FILED**
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Continued on the attached sheet and made a part hereof: ☑ Yes ☐ No

_/s/ signature_
Signature of Affiant

Sworn to before me and subscribed in my presence,

OCTOBER **18**, 2007 @ El Centro, CA at **EL CENTRO** **CALIFORNIA**
Date                                                                City                        State

**Peter C. Lewis**          **U.S. Magistrate Judge**          _/s/ signature_
Name of Judge                    Title of Judge                   Signature of Judge

# ATTACHMENT A

## PROPERTY/ITEMS TO BE SEARCHED

The property/items to be searched are described as:

2002 Ford E350 Budget Truck bearing Oklahoma License Plate Number: 2AN608, VIN Number: 1FDWE35L12HB14265, presently in the custody of U. S. Immigration and Customs Enforcement, 333 Waterman Avenue, El Centro, California.

## **ATTACHMENT B**

## **PROPERTY/ITEMS TO BE SEIZED**

The items to be seized are counterfeit merchandise that constitutes evidence of a criminal offense. The specific criminal offenses involved are violations of Title 18, United States Code, Section 2320 trafficking in counterfeit goods or services.

The items to be seized include:

1. Counterfeit wallets, handbags/purses and carry bags;
2. Counterfeit jeans, clothing and shoes;
3. Counterfeit Gucci and Dulce Gabbana sunglasses, Rolex watches, Channel jewelry;
4. Counterfeit hats, caps, and apparel;
5. Documents evidencing sales of purchase of the items listed in numbers 1-3 above;
6. Rental documentation for the rental of the truck;
7. Items of dominion and control, such as cancelled mail items of identification, documents containing hand writing, or any other items that tends to show possession, control or ownership of the property being seized