

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of )<br>2002 Ford E350 Budget Truck )<br>Bearing Ok license plate # 2AN608, )<br>VIN number 1FDWE35L12HB14265 )<br> )<br> )<br> )<br> ) | Magistrate Case No.:<br><br>**'07 MJ 8856**<br><br>AFFIDAVIT OF I.C.E. SPECIAL AGENT<br>WILLIAM STEELE IN SUPPORT<br>OF SEARCH WARRANT APPLICATION |

I, William Steele, being first duly sworn, hereby depose and say:

### PURPOSE

This affidavit alleges that Robert Darin FRANCIS uses his business, El Regalo Perfecto, a kiosk at the Imperial Valley Mall, 3451 South Dogwood Ave., El Centro, California, Space T-02, stores counterfeit goods at the Portico Self Storage, 2420 Enterprise Blvd Calexico, CA 92231, and utilized a 2002 Ford E350 Budget rental truck, bearing Oklahoma license plate number 2AN608 to violate Title 18 United States Code, Section 2320

### BACKGROUND AND EXPERTISE

I am a Special Agent (SA) with United States Immigration and Customs Enforcement (ICE), which is a component agency of the Department of Homeland Security. I have been employed as an ICE Special Agent since February 2003. Prior to being employed by ICE, I was a Detective with the City of Fort Worth Texas Police Department. My duties were to enforce the laws of the State of Texas. I am currently assigned to the Cyber Crimes, Strategic and Commercial Fraud Group and have been so assigned for approximately two years. I am familiar with the criminal elements that comprise these types of investigations.

## SUMMARY OF INVESTIGATION / FACTS SUPPORTING PROBABLE CAUSE

On March 12, 2007, Special Agents with the Immigration and Customs Enforcement, Office of the Assistant Special Agent in Charge (ASAC), El Centro, California received information concerning individuals selling counterfeit purses and eyeglasses at the Imperial Valley Mall.

Robert Daren FRANCIS supplied the Imperial Valley Mall with personal information stating that his mailing address is 403 Imperial Ave. Suite# 72, Calexico, Ca. and his Social Security number is 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.

On May 10, 2007 SA Kelley took several digital photographs of the suspected counterfeit merchandise that was purchased from El Regalo Perfecto on April 18, 2007. SA Kelley sent the digital photographs via e-mail to Private Investigator Kris Buckner of Investigative Consultants.

PI Kris Buckner is currently employed as a licensed private investigator in the state of California. PI Buckner has been a licensed private investigator since 1994. PI Buckner specializes in investigations involving the sales, manufacture and distribution of counterfeit trademarked goods, pirated items, and other intellectual property matters.

PI Buckner is the owner of Investigative Consultants. Investigative Consultants is one of the leading private investigation companies in the United States of America specializing in intellectual property investigations. PI Buckner has participated in several thousand intellectual property rights investigations and has received over five thousand hours of training on the methods of identifying various goods bearing counterfeit trademarks.

On May 10, 2007 PI Buckner replied as to the authenticity of the suspected counterfeit merchandise via e-mail. PI Buckner replied that the COACH item appears to be counterfeit, the TIFFANY & CO. item is counterfeit, the LOUIS VUITTON item is counterfeit and that the CHANEL item is counterfeit.

On July 19, 2007 ICE special agents executed a federal search warrant at the Imperial Valley Mall, 3451 South Dogwood Ave., El Centro, California, Space T-02 and seized a large quantity of counterfeit goods. PI Hector Moya, who is employed by Buckner, verified these

good as counterfeit.

On October 18, 2007 ICE SA Mathew Kelley and PI Jerry Howe and Gregory Snider were conducting and unrelated investigation at the Los Palmas swap meet located at 1135 Ollie Avenue, Calexico, CA. SA Kelly received a call from a confidential and reliable informant. SA Kelly was advised that FRANCIS saw SA Kelley at the swap meet and left to hide counterfeit goods at his storage unit located at the Portico Self Storage, 2420 Enterprise Blvd Calexico, CA 92231. SA Kelley and SA Yammine went to Portico Self Storage and observed FRANCIS and five other individuals loading boxes into storage unit number 10. SA Kelley requested additional agents to assist and your affiant went to the Portico Self Storage to assist in this investigation. FRANCIS consented to the search of unit number 10 where a large quantity of counterfeit merchandise was seized. PI Jerry Howe and Gregory Snider were requested to come to the location and verify this merchandise as counterfeit, which they did.

Upon agent's initial arrival, an unknown person closed and locked the rear door of a Budget rental truck parked adjacent to unit number 10. SA Steele interviewed one of the individuals detained at the storage facility who gave identification in the name of Michel PICENO. PICENO told SA Steele that he was at the Los Palmas swap meet with FRANCIS. FRANCIS told him that agents where at the swap meet inspecting booths and that PICENO was to help him take the merchandise to his storage unit. PICENO went with FRANCIS and other individuals to the Portico Self Storage facility and began unloading boxes into unit number 10. PICENO stated that he knew these items came from FRANCIS' booth at Los Palmas swap meet and that FRANCIS was attempting to hide them from agents. SA Steele asked PICENO who drove the Budget truck and PICENO stated that he did not know but that he was sitting on the bumper when agents arrived. PICENO was allowed to leave.

SA Steele contacted Budget Truck Rental and discovered that PICENO was the renter of the truck and obtained a copy of the rental agreement. SA Steele contacted the local rental company who supplied and ignition key to SA Steele so that the vehicle could be impounded without

damage from a wrecker. SA Steele seized the truck and impounded it at the Department of Homeland Security, Immigration and Customs Enforcement; secure facility located at 333 S. Waterman Ave., El Centro CA, 92243 to await a search warrant.

### DESCRIPTION OF PROPERTY/ITEMS TO BE SEARCHED

The property/items to be searched are further described as a Ford E-350 box truck, blue, white and silver with Budget painted on the front, rear and sides. The vehicle is bearing Oklahoma license plate number 2AN608, VIN number 1FDWE35L12HB14265, truck number 523798 and is impounded at the DHS/ICE office located at 333 S. Waterman Ave., El Centro Ca.

### DESCRIPTION OF PROPERTY/ITEMS TO BE SEIZED

1. Counterfeit wallets, handbags/purses and carry bags;
2. Counterfeit jeans, clothing and shoes;
3. Gucci and Dulce Gabbana sunglasses, Rolex watches, Channel jewelry;
4. Counterfeit hats, caps, and apparel;
5. Documents evidencing sales of purchase of the items listed in numbers 1-3 above;
6. Rental documentation for the rental of the truck;
7. Items of dominion and control, such as cancelled mail items of identification, documents containing hand writing, or any other items that tends to show possession, control or ownership of the property being seized;

### CONCLUSION

Based on the facts contained in this affidavit and my experience and training, I submit that there is probable cause to believe that the Ford E-350, Budget rental truck contains counterfeit merchandise. The counterfeit merchandise is to be distributed into the commerce of the United States of America. Further, I believe that the above-described property/items to be seized will

4

be found when this warrant is served and based on the above-listed probable cause, I specifically request authority to seize the items described above. Therefore, for the reasons set forth in this affidavit and application, I respectfully request that a search warrant be issued for the Ford E-350 Budget rental truck currently impounded at 333 S. Waterman Ave., El Centro Ca.

I, or any other duly authorized federal agent, will personally serve the warrant requested above, and will be assisted by other duly authorized federal and or state investigators.

I swear the foregoing is true and correct to the best of my knowledge and belief.

                                               WILLIAM STEELE
                                               Special Agent
                                               U. S. Immigration & Customs Enforcement

SUBSCRIBED AND SWORN TO BEFORE THIS _18_ DAY OF OCTOBER 2007.

                                               PETER C. LEWIS
                                               United States Magistrate Judge