AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

2002 Ford E350 Budget Truck
Bearing Oklahoma License Plate No.:   2AN608VIN
Number:   1FDWE35L12HB14265

**FILED**
OCT 2 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Number:   '07 MJ 8856

TO:   WILLIAM STEELE   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   WILLIAM STEELE (Affiant)   who has reason to believe

that      on the person of,   or   ✓ on the premises known as (name, description and/or location)

REFER TO ATTACHMENT A

in the   SOUTHERN   District of   CALIFORNIA   there is now concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   10-28-07
                                                                                                Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search   ~~in the daytime   6:00 A.M to 10:00 P.M.~~   | at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

PETER C. LEWIS   as required by law.
U.S. Magistrate Judge  (Rule 41(f)(4))

OCTOBER 18, 2007 @ El Centro, CA   at   EL CENTRO, CA
Date and Time Issued                                                                City and State

Peter C. Lewis, U. S. Magistrate Judge                          [signature]
Name and Title of Judge                                                     Signature of Judge

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>October 18, 2007 | DATE AND TIME WARRANT EXECUTED<br>October 18, 2007 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Special Agent Matthew Kelley ICE |
| INVENTORY MADE IN THE PRESENCE OF<br>Special Agent William R. Steele | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

| | |
|---|---|
| Sevens jacket/pant suit | 162 |
| Luis Vuitton purse | 38 |
| Bebe jackets | 48 |
| Baby Phat suits | 53 |
| LaCoste shirts | 98 |
| Bebe shirts w/rhinestones | 264 |
| Lacoste tennis shoes | 19 |
| Nautica shirts | 95 |
| Ralph Lauren shirts | 31 |
| La Coste girls shirts | 68 |
| Chanel purses | 23 |
| Gucci purse | 1 |
| Coach purses | 89 |
| True Religion jeans | 1 |
| 990 Total Items | |

### CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                                            10-24-07
U.S. Judge or Magistrate                                                    Date

## **ATTACHMENT A**

## **PROPERTY/ITEMS TO BE SEARCHED**

The property/items to be searched are described as:

2002 Ford E350 Budget Truck bearing Oklahoma License Plate Number: 2AN608, VIN Number: 1FDWE35L12HB14265, presently in the custody of U. S. Immigration and Customs Enforcement, 333 Waterman Avenue, El Centro, California.

## **ATTACHMENT B**

## **PROPERTY/ITEMS TO BE SEIZED**

The items to be seized are counterfeit merchandise that constitutes evidence of a criminal offense. The specific criminal offenses involved are violations of Title 18, United States Code, Section 2320 trafficking in counterfeit goods or services.

The items to be seized include:

1. Counterfeit wallets, handbags/purses and carry bags;
2. Counterfeit jeans, clothing and shoes;
3. Counterfeit Gucci and Dulce Gabbana sunglasses, Rolex watches, Channel jewelry;
4. Counterfeit hats, caps, and apparel;
5. Documents evidencing sales of purchase of the items listed in numbers 1-3 above;
6. Rental documentation for the rental of the truck;
7. Items of dominion and control, such as cancelled mail items of identification, documents containing hand writing, or any other items that tends to show possession, control or ownership of the property being seized